NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**U.S. WELL SERVICES, LLC, PROFRAC HOLDING CORP.,**
*Appellants*

**v.**

**COKE MORGAN STEWART, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2024-1112

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00610.

---

**JUDGMENT**

---

MATTHEW JAMES DOWD, Dowd Scheffel PLLC, Washington, DC, argued for appellants. Also represented by ROBERT JAMES SCHEFFEL.

MICHAEL TYLER, Office of the Solicitor, United States

Patent and Trademark Office, Alexandria, VA, argued for intervenor.  Also represented by PETER J. AYERS, AMY J. NELSON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK and CUNNINGHAM, *Circuit Judges,* and HALL, *District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2025
    Date

Jarrett B. Perlow
Clerk of Court

_____

[1]    Jennifer L. Hall, District Judge, United States District Court for the District of Delaware, sitting by designation.